IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,                                No C-09-1350 VRW (PR)

        Plaintiff,

        v                                ORDER OF TRANSFER

TOM FELKER, Warden, et al,

        Defendants.
_____/

        Plaintiff, a prisoner incarcerated at High Desert State Prison in Susanville, California, has filed a pro se civil rights action under 42 USC section 1983; the writing in the document plaintiff filed to initiate the action is so obscure that it is unclear precisely what he is claiming.  Doc #1; see also Doc #6.

        What is clear, however, is that a substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen where plaintiff is incarcerated, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Venue therefore properly lies in the Eastern District.  See id § 1391(b).

In the interest of justice and pursuant to 28 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

`G:\PRO-SE\VRW\CR.09\Dustin-09-1350-transfer.wpd`

**2**