IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN, | No. CIV S-09-1957-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2).  Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.

      In addition to unresolved fees, plaintiff has not properly initiated this action with a complaint pursuant to Federal Rule of Civil Procedure 8.  Rather, plaintiff's initial "pleading" (Doc. 1) in this case is entitled "Memorandum of Understanding, Clarification, Motion to Correct, and 2nd Motion for Extension of Time, Objection to Dismissal."  Plaintiff will be given

1

an opportunity to file a proper pleading on the civil rights complaint form provided by the court.

Plaintiff is warned that failure to resolve the fee status of this case and file a proper complaint within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee;

2. Within 30 days of the date of this order, plaintiff shall file a proper initial pleading on the civil rights complaint form provided by the court; and

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner and a Prisoner Civil Rights Complaint form.

DATED: July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE